E-FILED: 10/19/10

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Katia Julian* | CASE NO. CV 10-4076-GHK (JCGx) |
| **Plaintiff,** | |
| | **JUDGMENT** |
| v. | |
| *Los Angeles Unified School District, et al.* | |
| **Defendants.** | |

Pursuant to the Court's October 19, 2010 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Katia Julian's claims against Defendants Los Angeles Unified School District, Barbara Charness, Vaughn Gaboudian, and Floyd Weldon for violations of 42 U.S.C. §§ 1983 and 1985, the Fourth, Fifth, and Fourteenth Amendments, and for *Monell* liability are **DISMISSED with prejudice**. Plaintiff's remaining state law claims for false arrest and imprisonment, negligent infliction of emotional distress, intentional infliction of emotional distress, and California Civil Code §§ 51.7 and 52(b) are **DISMISSED without prejudice** to their refiling in state court pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: October 19, 2010

_____
GEORGE H. KING
United States District Judge